16-2423JMC

AO 442 (Rev. 11/11) Arrest Warrant
(DC 5/2-13)

# UNITED STATES DISTRICT COURT
for the
District of Columbia

FID
1621038

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| V. | ) | 03-227-01 |
| | ) | Case No. 0416 8:~~09CR00004-001~~ |
| Derrick Simmons | ) | |
| | ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States Magistrate Judge without unnecessary delay

*(name of person to be arrested)* Derrick Simmons

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☑ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

ENTERED
FILED _____ RECEIVED
_____ LOGGED _____

SEP 15 2016

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

Date: 7/29/15

_____
Issuing Officer's Signature

City and State: Washington, DC

Royce C. Lamberth, U.S.D.J.
Printed Name and Title

### Return

This warrant was received on (date) 9/15/16, and the person was arrested on (date) 9/15/16
at (city and state) BALTIMORE, MD

Date: 9/15/16

EXECUTING
_____
Arresting Officer's Signature

J. GOLOB, DUSM
Printed Name and Title